IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY BALDRY,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　Case No. 12-cv-478-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Amy Baldry against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for disability benefits and remanding this case for further proceedings under sentence four of 42 U.S.C. § 405(g).

 

_____s/ A. Wiseman, Deputy Clerk_____　　　_____April 16, 2014_____
　Peter Oppeneer, Clerk of Court　　　　　　　　　　　　Date