IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMY BALDRY,

        Plaintiff,                              JUDGMENT IN A CIVIL CASE

     v.                                       Case No. 12-cv-478-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Amy Baldry attorney fees and costs in the amount of $6,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


        _____s/ A. Wiseman, Deputy Clerk_____        _____June 18, 2014_____
               Peter Oppeneer, Clerk of Court                          Date